# JAMES S. MOODY, JR.

UNITED STATES DISTRICT JUDGE

SAM M. GIBBONS UNITED STATES COURTHOUSE

TAMPA, FLORIDA 33602-3800

(813) 301-5680

May 30, 2008

The Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2008 JUN -9 P 3: 21 FINANCIAL DISCLOSURE OFFICE

Re:     **Financial Disclosure Report - Calendar Year 2007**

Dear Judge Smith:

Thank you for your letter of May 22, 2008, notifying me of certain discrepancies in my 2007 calendar year filing. The discrepancies are explained as follows:

1.  Concerning part VII, page 6, line 36, for "Dell," the word "none" should appear in column B(2).

2.  In part VII, page 11, line 28, concerning "Merck," the listing for "Merck" was inadvertent since it had been sold the previous year. It should not have been listed on the 2007 filing.

    In part VII, page 12, line 137, concerning "Live Nation stock," the "Live Nation stock" was erroneously omitted from my 2006 report. It is properly listed on my 2007 report, but the word "none" should appear in column B(2).

3.  In part VII, page 10, line 104, of my 2006 report concerning "Allied Capital stock," the stock is also listed in my 2007 report at page 10, line 110.

I believe this responds to the inquiries contained in your letter. If you need any other information, please do not hesitate to contact me.



Yours very truly,

U. S. District Judge

JSM:ln

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MOODY, JR., JAMES S | 2. Court or Organization<br><br>U.S.Dist.Ct.Middle Dist.FL | 3. Date of Report<br><br>4/2/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Ct. Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>801 North Florida Avenue #13A<br>Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Hillsborough County Bar Foundation |
| 2. Trustee | Marital Trust |
| 3. Director | University of Florida Law School Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 10 A 11: 00 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar Association | June 29, 2007 | Orlando, FL | Speaker at Annual Meeting | mileage and parking reimbursement |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | individual loan secured by account | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SUN TRUST ACCOUNTS | | | | | | | | | |
| 2. -- Individual checking | A | Interest | J | T | | | | | |
| 3. -- McIntosh Road | A | Interest | J | T | | | | | |
| 4. -- Checking | A | Interest | J | T | | | | | |
| 5. -- Savings | A | Interest | J | T | | | | | |
| 6. -- Individual | A | Interest | J | T | | | | | |
| 7. EDWARD JONES ACCOUNTS | | | | | | | | | |
| 8. -- Polk County | A | Interest | K | T | closed | 7-12 | J | | |
| 9. -- ▓▓▓ Trust | A | Interest | K | | closed | 7-12 | M | | |
| 10. -- ▓▓ Y & M | A | Interest | J | T | closed | 7-12 | J | | |
| 11. -- ▓▓ Condo | A | Interest | J | T | closed | 7-12 | J | | |
| 12. -- Custodian #1 | B | Int./Div. | K | T | closed | 7-12 | M | | |
| 13. -- Custodian #2 | A | Interest | J | T | closed | 7-12 | J | | |
| 14. MERRILL LYNCH ACCOUNTS | | | | | | | | | |
| 15. -- Individual | A | Interest | K | T | | | | | |
| 16. -- ▓▓▓ Trust #1 | A | Interest | P1 | T | | | | | |
| 17. -- ▓▓▓ Trust #2 | A | Interest | M | T | | | | | rec'd xfer from<br>Ed.Jones |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Custodian #1 | C | Int./Div. | M | T | | | | | opened 7-12 |
| 19. --Polk County | A | Interest | J | T | | | | | opened 7-12 |
| 20. -████ Y & M | A | Interest | J | T | | | | | opened 7-12 |
| 21. -███ condo | A | Interest | J | T | | | | | opened 7-12 |
| 22. -- Retirement Account/Merrill Lynch | D | Interest | N | T | | | | | |
| 23. --Bank of America | B | Dividend | K | T | Buy | 7-12 | K | | |
| 24. --Sun Trust | D | Dividend | M | T | Buy | 7-12 | M | | |
| 25. --Wachovia | B | Dividend | K | T | Buy | 7-12 | K | | |
| 26. --Washington Mutual | B | Dividend | K | T | Buy | 7-12 | K | | |
| 27. --American Smallcap World | B | Dividend | L | T | | | | | formerly #76 |
| 28. --American Growth | B | Dividend | L | T | | | | | formerly #72 |
| 29. --T. ROWE PRICE FUND (Deferred comp) | B | Dividend | K | T | rollover dis | 8-10 | K | | to Merrill Lynch |
| 30. --GREAT WESTERN (Washington Mutual Bank) | B | Dividend | K | T | rollover dis | 7-31 | K | | to Merrill Lynch |
| 31. --SYMETRA | A | Dividend | K | T | rollover dis | 7-31 | K | | to Merrill Lynch |
| 32. --NATIONWIDE | A | Dividend | J | T | rollover dis | 7-6 | K | | to Merrill Lynch |
| 33. BANK OF AMERICA STOCK | E | Dividend | O | T | | | | | |
| 34. GEO THERMAL STOCK | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. REGIONS | A | Dividend | J | T | | | | | |
| 36. DELL | | | | | sold | 7-23 | J | A | |
| 37. CARNIVAL | A | Dividend | K | T | | | | | |
| 38. CITI GROUP | A | Dividend | J | T | sold | 12-12 | J | A | |
| 39. SUN TRUST | A | Dividend | J | T | partial buy | 7-27 | J | | |
| 40. WACHOVIA | A | Dividend | K | T | partial buy | 2-1 | K | | |
| 41. WASHINGTON MUTUAL | A | Dividend | J | T | buy | 2-29 | J | | |
| 42. REAL PROPERTY | | | | | | | | | |
| 43. -- Diamond Hill, Valrico, FL | A | Rent | M | W | | | | | |
| 44. -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |
| 45. -- Condo, Tampa | | None | M | W | partial sale | 10-29 | M | E | Ryan Fulcher |
| 46. -- Rental property, McIntosh, Hillsborough Co., FL | E | Rent | N | W | | | | | |
| 47. -- Property #1, Celo, NC | | None | O | W | | | | | |
| 48. -- Celo, NC- Blue Tract | | None | N | W | | | | | |
| 49. -- Property #3, Highlands, NC | | None | M | W | | | | | |
| 50. -- North Carolina condo | | None | N | W | | | | I | |
| 51. -- Rental property, Plant City, FL | E | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,0^0,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Tampa condo #2 | | None | M | W | | | | | |
| 53. --Tampa condo #3 | | None | M | W | | | | | |
| 54. --Tampa condo #4 | | None | N | W | buy | 11-1 | N | | Channelside Towers, LLC |
| 55. --Bilmar 745 | D | Rent | N | W | | | | | |
| 56. --Bilmar 747 | B | Rent | N | W | | | | | |
| 57. --Gainesville condo | | None | N | W | | | | | |
| 58. INVESTMENT PARTNERSHIP | G | Dividend | P1 | T | | | | | |
| 59. -- Agere/now LSI stock | | | | | merged | 4-3 | J | | LSI Logic |
| 60. -- Bank of America stock | | | | | partial buy | 6-21 | L | | |
| 61. -- Bank of Granite stock | | | | | | | | | |
| 62. -- B & K Bank Stock | | | | | | | | | |
| 63. --B B & T | | | | | buy | 12-28 | M | | |
| 64. --Best Buy | | | | | buy | 6-19 | K | | |
| 65. --Best Buy | | | | | sold | 12-24 | K | B | |
| 66. -- Coastal Financial stock | | | | | merger | 5-8 | L | | with BB&T |
| 67. -- Colonial Bancgroup stock | | | | | | | | | |
| 68. -- First Horizon stock | | | | | partial buy | 4-12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --First Horizon stock | | | | | partial sale | 12-24 | L | A | |
| 70. --Calamos | | | | | partial buy | 6-6 | M | | |
| 71. -- Greer Bancshares | | | | | | | | | |
| 72. --Johnson and Johnson | | | | | partial buy | 4-23 | K | | |
| 73. -- SunTrust stock | | | | | partial buy | 7-20 | M | | |
| 74. -- Wachovia stock | | | | | partial buy | 2-14 | L | | |
| 75. | | | | | partial buy | 11-19 | K | | |
| 76. | | | | | partial sale | 12-24 | M | | |
| 77. -- Dell stock | | | | | | | | | |
| 78. -- Bristol Myers Squibb stock | | | | | sold | 2005 | K | D | |
| 79. -- Pfizer stock | | | | | | | | | |
| 80. -- Tupperware | | | | | sold | 10-22 | K | D | |
| 81. -- Schering Plough stock | | | | | sold | 1-31 | K | D | |
| 82. --Valero Energy | | | | | | | | | |
| 83. --Motorola | | | | | sold | 10-22 | L | A | |
| 84. --St. Joe | | | | | buy | 6-4 | L | | |
| 85. --St. Joe | | | | | sold | 12-24 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Wa Mut | | | | | buy | 12-12 | K | | |
| 87. EDWARD JONES RETIREMENT ACCOUNT | B | Dividend | N | T | transfer | 6-7 | N | | to Merrill Lynch |
| 88. -- American Growth Fund of America | | | | | transfer | 6-7 | L | | to Merrill Lynch |
| 89. -- American New Perspective | | | | | sold | 6-7 | K | | |
| 90. -- American Washington Mutual Investors | | | | | sold | 6-7 | K | | |
| 91. -- American New Economy | | | | | sold | 6-7 | K | | |
| 92. -- American Smallcap World | | | | | transfer | 6-7 | L | | to Merrill Lynch |
| 93. TRUST #1 | G | Dividend | P2 | T | | | | | |
| 94. -- Regions | | | | | | | | | |
| 95. -- Bank of America stock | | | | | | | | | |
| 96. --Calamos | | | | | partial buy | 5-8 | L | | |
| 97. -- Coastal Financial stock/now BB&T | | | | | merged | 5-8 | | | with BB&T |
| 98. -- Compass stock | | | | | sold | 9-12 | L | | |
| 99. -- Duke Energy stock | | | | | sold | 4-23 | L | | |
| 100. -- Energizer stock | | | | | sold | 11-20 | J | | |
| 101. -- First Horizon stock | | | | | partial buy | 9-25 | M | | |
| 102. -- General Electric | | | | | sold | 7-13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Motorola stock | | | | | | | | | |
| 104. -- Spectra Energy | | | | | spin-off | 1-5 | K | | Duke Energy |
| 105. -- SunTrust stock | | | | | | | | | |
| 106. --Valero | | | | | sold | 3-28 | J | | |
| 107. -- Wachovia stock | | | | | | | | | |
| 108. MORTGAGE REC. #2, Wimauma, FL | D | Interest | L | T | | | | | |
| 109. ▮▮▮▮ TRUST | D | Int./Div. | M | T | transfer | 7-12 | M | | to Merrill Lynch |
| 110. -- Allied Capital | | | | | | | | | |
| 111. -- Regions stock | | | | | | | | | |
| 112. -- Bank of America stock | | | | | | | | | |
| 113. -- Bristol Myers stock | | | | | sold | 12-11 | J | B | |
| 114. ▮▮▮▮ TRUST/MERRILL LYNCH | E | Int./Div. | P1 | T | | | | | |
| 115. -- Am Gen | | | | | buy | 2-6 | M | | |
| 116. -- Am Gen | | | | | sold | 12-11 | M | A | |
| 117. -- Regions (formerly Am South) | | | | | | | | | |
| 118. -- Bank of America stock | | | | | partial buy | 2-27 | L | | |
| 119. --Calamos | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   --Citi Group | | | | | buy | 2005 | K | | |
| 121.  -- Colonial Banc Group stock | | | | | buy | 6-21 | K | | |
| 122.  -- Dollar Tree stock | | | | | sold | 2-20 | K | D | |
| 123.  --Exxon | | | | | sold | 10-22 | K | D | |
| 124.  --Gap | | | | | sold | 11-19 | K | C | |
| 125.  --Intel | | | | | sold | 7-23 | K | | A |
| 126.  -- Johnson & Johnson stock | | | | | partial sale | 4-24 | K | | |
| 127.  --Johnson & Johnson stock | | | | | sold | 11-19 | M | D | |
| 128.  -- Merck stock | | | | | sold | 10-20 | K | D | |
| 129.  -- Pfizer stock | | | | | partial sale | 12-10 | K | A | |
| 130.  --Proctor & Gamble | | | | | sold | 1-17 | K | C | |
| 131.  -- St. Joe stock | | | | | partial sale | 12-10 | K | A | |
| 132.  -- Tupperware stock | | | | | sold | 9-10 | L | E | |
| 133.  -- UST stock | | | | | partial sale | 12-11 | L | D | |
| 134.  -- Washington Mutual stock | | | | | partial buy | 11-19 | J | | |
| 135.  -- Wachovia stock | | | | | partial buy | 2-27 | L | | |
| 136.  -- J. M. Smucker | | | | | sold | 4-23 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Live Nation stock | | | | | sold | 8-6 | J | A | |
| 138. -- Valero stock | | | | | sold | 3-19 | M | | |
| 139. --Wal-Mart | | | | | buy | 6-25 | K | | |
| 140. --Sun Trust | | | | | buy | 7-27 | L | | |
| 141. --Sun Trust | | | | | partial buy | 9-26 | L | | |
| 142. --Caterpillar | | | | | buy | 1-18 | L | | |
| 143. --Caterpillar | | | | | sold | 5-21 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/2/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544